USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/21/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HARRY WARREN and VIVIAN HILL,

Plaintiffs,

-against-

SARRETT HASSID, ESQ., AVI STRAUSS, EAQ., SMITH, BUSS & JACOBS, LLP,

Defendants.

26-CV-8214 (MKV)

**ORDER DENYING RENEWED TRO**

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of Plaintiffs' renewed request for entry of a Temporary Restraining Order ("TRO"), [ECF No. 12], as well as Plaintiffs' affidavit in support thereof, [ECF No. 14], and their self-styled "notice of filing of removal," [ECF No. 13] (citation modified). The Court begins by noting that Plaintiffs initiated this case with the filing of a complaint, [ECF No. 1], not by removal, *contra* [ECF No. 12] ¶ 3. Moreover, Plaintiffs have not responded to the Court's observation that "there appear to be serious issues with respect to notice and service of process" in this case. [ECF No. 11] at 3 n.4. Once again, Plaintiffs fall woefully short of the showing required of them to justify entry of a TRO. *See id.* at 2–3 (reciting applicable standards).

Accordingly, Plaintiffs' request is DENIED. It is FURTHER ORDERED that, **on or before October 30, 2026, Plaintiffs shall file proof of adequate service.** It is FURTHER ORDERED, in light of the apparent lack of merit of this action, Plaintiff's repetitive filing of requests for relief on an emergency basis, and Plaintiffs' litigation history in this District, *see id.* at 2 n.2, that, **on or before the same date, Plaintiffs shall show cause why they should not be barred from filing further actions in this District without leave of Court.** *See Eliahu v. Jewish Agency for Israel*, 919 F.3d 709, 714 (2d Cir. 2019).

**Plaintiffs are on notice that continued failure to comply with Court Orders, the Federal Rules of Civil Procedure, the Local Rules, or this Court's Individual Rules of Practice in Civil Cases may result in sanctions, including monetary sanctions; preclusion of claims, defenses, evidence, and motion practice; dispositive, case-terminating sanctions; and limitations on Plaintiffs' ability to file cases in this District without leave of Court.**

The Clerk of Court is respectfully requested to terminate docket entry number twelve.

**SO ORDERED.**

Dated: October 21, 2026
New York, New York

Mary Kay Vyskocil

**MARY KAY VYSKOCIL**
United States District Judge